Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 7946 | **DATE** | 9/20/2000 |
| **CASE TITLE** | Heidelberger Druckmaschinen AG vs. Ohio Electronic Engravers, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Motion of plaintiff's counsel John D. Simpson and Brett A. Valiquet for leave to file their appearance to reflect that they are now at the law firm of Schiff Hardin & Waite since the firm of Hill & Simpson is dissolved is granted. Joint motion for order of dismissal is granted. This case is dismissed with prejudice since a settlement has been reached between the parties. Court appointed expert Henry Joel Trussell is hereby discharged. Status hearing stricken.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | SEP 21 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | 107 |
| | Mail AO 450 form. | ED-7 | | |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING | | |
| CW | courtroom deputy's initials | 00 SEP 20 PM 4:53 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |